IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LENORA WILKINS**                                                                                              **PLAINTIFF**

v.                                          **CASE NO. 3:18-CV-00094 BSM**

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 15] is adopted, and the Commissioner's decision is affirmed. This case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of February 2019.

_____
UNITED STATES DISTRICT JUDGE