IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LENORA WILKINS**                                                     **PLAINTIFF**

**v.**                           **CASE NO. 3:18-CV-00094 BSM**

**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of February 2019.

_____
UNITED STATES DISTRICT JUDGE